United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 19-04843-RCT
Jasminka Mujanic                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 113A-8 | User: cahyen | Page 1 of 1 | Date Rcvd: May 24, 2019 |
|---|---|---|---|
| | Form ID: 309A | Total Noticed: 18 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2019.
```
db            +Jasminka Mujanic,    8321 Clermont St,    Tampa, FL 33637-6523
28269430      +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
28269431      +Asim Mujanic,    8325 7 Way N,    Apt 10,    Saint Petersburg, FL 33702-3543
28269437      +Jeralyn Adelman Leydig,    Cooling & Winter, LLC,    7901 SW 6th Court, Ste 310,
               Fort Lauderdale, FL 33324-3283
28269438      +Jeralyn Sue Adelman,    c/o Cooling & Winter, LLC,    7901 SW 6th Ct,    Ste 310,
               Fort Lauderdale, FL 33324-3283
28269439      +Joseph F. Rosen,    806 Douglas Rd,    Suite 200,    Miami, FL 33134-2082
28269442      +Systems & Services Technologies/Best Egg,    Attn: Bankruptcy,    4315 Pickett Road,
               Saint Joseph, MO 64503-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: Gina@LawGina.com May 24 2019 23:42:46     Gina A Rosato,
               Gina Rosato Law Firm, P.A.,    8870 N. Himes Avenue, Suite 629,    Tampa, FL  33614
tr            +EDI: BDNMENCHISE.COM May 25 2019 03:38:00      Douglas N Menchise,    2963 Gulf to Bay Boulevard,
               Suite 300,    Clearwater, FL 33759-4255
ust           +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov May 24 2019 23:44:02
               United States Trustee - TPA7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
               Tampa, FL 33602-3949
28269432       EDI: BANKAMER.COM May 25 2019 03:38:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
               El Paso, TX 79998
28269433      +EDI: TSYS2.COM May 25 2019 03:38:00      Barclays Bank Delaware,    Attn: Correspondence,
               Po Box 8801,    Wilmington, DE 19899-8801
28269434      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 24 2019 23:43:59
               Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1873
28269435      +E-mail/Text: bankruptcy@usecapital.com May 24 2019 23:44:23      Capital Accounts,
               Attn: Bankruptcy Dept,    Po Box 140065,    Nashville, TN 37214-0065
28269436      +EDI: IIC9.COM May 25 2019 03:38:00      I C System Inc,    Attn: Bankruptcy,    Po Box 64378,
               St Paul, MN 55164-0378
28269440      +EDI: PRA.COM May 25 2019 03:38:00      Portfolio Recovery,    Po Box 41021,
               Norfolk, VA 23541-1021
28269441      +EDI: RMSC.COM May 25 2019 03:38:00      Synchrony Bank/Sams Club,    Attn: Bankruptcy Dept,
               Po Box 965060,    Orlando, FL 32896-5060
28269443       EDI: WFFC.COM May 25 2019 03:38:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
               Greenville, SC 29606
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2019 at the address(es) listed below:
```
              Douglas N Menchise    Dmenchise@verizon.net, FL57@ecfcbis.com
              Gina A Rosato    on behalf of Debtor Jasminka  Mujanic Gina@LawGina.com, nicole@lawgina.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jasminka Mujanic** | Social Security number or ITIN **xxx–xx–2008** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter **7**   **5/22/19** |
| Case number: | **8:19–bk–04843–RCT** | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jasminka Mujanic | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8321 Clermont St<br>Tampa, FL 33637 | |
| 4. | **Debtor's attorney**<br>Name and address | Gina A Rosato<br>Gina Rosato Law Firm, P.A.<br>8870 N. Himes Avenue, Suite 629<br>Tampa, FL 33614 | Contact phone 813–463–8000<br><br>Email: Gina@LawGina.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Douglas N Menchise<br>2963 Gulf to Bay Boulevard<br>Suite 300<br>Clearwater, FL 33759 | Contact phone 727–797–8384 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page 1

Case 8:19-bk-04843-RCT   Doc 5   Filed 05/26/19   Page 3 of 3

Debtor **Jasminka Mujanic**                                Case number **8:19–bk–04843–RCT**

| 6. **Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Sam M. Gibbons United States Courthouse 801 North Florida Avenue, Suite 555 Tampa, FL 33602 | Hours open: Monday – Friday 8:30 AM – 4:00PM Contact phone 813–301–5162 Date: May 24, 2019 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **June 26, 2019 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location: **Room 100–A, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** August 26, 2019 |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |